FORM NO. 2 (LF002)

# United States Bankruptcy Court
## Western District of Tennessee

In re **Melvin Dewayne Parker**  
Debtor(s)

Case No. **16-26482**  
Chapter **13**

## AMENDED CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Melvin Dewayne Parker** | S.S.# **xxx-xx-6572** |
| | (W) | S.S.# |
| ADDRESS: | **7482 Smith Mill Cove** | |
| | **Memphis, TN 38125** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **100.00** | (**weekly**, ~~every two weeks~~, ~~semi-monthly~~, ~~monthly~~) |
| PAYROLL DEDUCTION: | **YES** OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | **Principle Toyota** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

|  |  | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **0.00** |
| | Child support arrearage amount | $ **-NONE-** |
| PRIORITY CREDITORS: | **Internal Revenue Services** | $ **50.00** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

**Specialized Loan Services** (NOTE: To be paid outside of plan)  
Ongoing pmt. Begin **October 1, 2016**  $ **CURRENT**

**Paper Assets Capital (disputed claim)**  
Approx. arrearage **1.00**  Interest **0.00** %  $ **1.00**

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Wells Fargo** | $ **14022.00** | **5.25** % | $ **335.00** |
| | $ | % | $ |

UNSECURED CREDITORS: Pay **10** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$38,356.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

**-NONE-**:  
**Assumed Leases**  
**-NONE-**:  

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.  
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.  
Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General unsecured creditors will receive **10.00**%

DEBTOR'S ATTORNEY:  
**Andrew E. Bender 5916**  
**Law Office of Andrew Bender**  
**382 Washington Ave**  
**Memphis, TN 38105**  
**901-526-1568 Fax:901-577-0006**