**Fill in this information to identify the case:**

Debtor 1: MELVIN DEWAYNE PARKER

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Tennessee

Case number: 16-26482

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust IX

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 4 2 9 0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | 03/13/2018 $95 | (6) | $ 95.00 |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 1

| | | | |
|---|---|---|---|
| Debtor 1 | MELVIN DEWAYNE PARKER | Case number (if known) | 16-26482 |
| | First Name　Middle Name　Last Name | | |

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Ankita Gupta　　　　　　　　　　　　Date 05/02/2018
Signature

Print: Ankita Gupta　　　　　　　　　　　　Title Claims Processor
First Name　Middle Name　Last Name

Company: AIS Portfolio Services, LP

Address: P.O. Box 201347
Number　Street
Arlington　　　　TX　　76006
City　　　　　　State　ZIP Code

Contact phone 888-455-6662　　　　　　　Email _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Western DISTRICT OF Tennessee
MEMPHIS Division

IN RE:

Case Name: Melvin Dewayne Parker

    Debtor(s).

Judge: George W. Emerson Jr.
Case No. 16-26482

## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

PLEASE BE ADVISED that on 05/02/2018 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3002.1(c) (the "Bankruptcy Rules"), U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust IX filed a Notice of Postpetition Mortgage Fees, Expenses and Charges (the "Notice") on the Bankruptcy Court's Claims Register, supplementing U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust IX's previously filed proof of claim. The Notice was filed within 180 days after the date on which the fees, expenses and/or charges were incurred by Melvin Dewayne Parker. A copy of the Notice is attached hereto.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and all applicable Bankruptcy Rules. Further, a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, via Electronic Notice or by First Class U.S. Mail, postage prepaid, within 180 days after the date on which the fees, expenses and/or charges were incurred by Melvin Dewayne Parker.

Melvin Dewayne Parker
7482 SMITH MILL COVE
MEMPHIS,TN 38125

Date: 05/02/2018

By: /s/ Ankita Gupta
Ankita Gupta, Claims Processor
P.O. Box 165028
Irving, TX 75016
(817) 277-2011 Office
(888) 455-6662 Toll Free
(817) 461-8070 Fax
Authorized Agent for Shellpoint Mortgage Servicing

**DEBTOR ATTORNEY:**
ANDREW EDWARD BENDER
ATTORNEY AT LAW
382 WASHINGTON AVENUE
MEMPHIS,TN 38105

**TRUSTEE:**
SYLVIA F BROWN
Trustee of the U.S. Bankruptcy Court
200 JEFFERSON AVE SUITE #1113
MEMPHIS,TN 38103